AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

VIOLATION: 8 U.S.C. sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ Marcos Ramirez-Garcia

**DISTRICT COURT NUMBER**
CR08-0172 DLJ

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): James C. Mann, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
Santa Clara County Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL.

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

E-filing

FILED
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

MARCOS RAMIREZ-GARCIA,

CR08-0172 DLJ

DEFENDANT.

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in
the United States

---

A true bill.

_____ Foreman

Filed in open court this __19__ day of
MARCH 2008

_____ Clerk

Bail, $ No bail arrest warrant.
Wayne D. Brazil   3/19/08

E-filing

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0172  DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| Plaintiff, ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States |
| MARCOS RAMIREZ-GARCIA, ) | |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1. Prior to April 26, 2005, defendant MARCOS RAMIREZ-GARCIA was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about March 25, 1999, February 9, 2002, and April 26, 2005, defendant MARCOS RAMIREZ-GARCIA was removed, excluded, and deported from the United States.

3. After April 26, 2005, defendant MARCOS RAMIREZ-GARCIA knowingly and voluntarily reentered and remained in the United States.

////

INDICTMENT

4.  On or about February 11, 2008, in the Northern District of California, the defendant,

MARCOS RAMIREZ-GARCIA,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:   March 19, 2008            A TRUE BILL

                                   _____
                                   FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                     AUSA J.C. MANN

INDICTMENT                                2