UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                           **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to**    6/6/08 AT 9:00AM            for  Status or CHANGE OF PLEA

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                     for Pretrial Conference

**Case Continued to**         for          Trial

**Excludable Delay: Category: Begins:**    4/11/08     **Ends: 6/6/08**