BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant RAMIREZ-GARCIA,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>                         Plaintiff,         )<br>                                                           )<br>         v.                                          )<br>                                                           )<br>                                                           )<br>MARCOS RAMIREZ-GARCIA,         )<br>                                                           )<br>                         Defendant.     ) | No. CR 08-0172 DLJ<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>DATE AND EXCLUSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Friday, June 6, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, June 20, 2008, at 9:00 a.m. for status. Defense counsel needs additional time to review the immigration file and consult with an immigration attorney to determine whether to file any pretrial motions in this matter. Should the Court continue the matter to June 20, 2008, it will allow counsel to continue with its investigation and be in a better position to inform the Court as whether pretrial motions are likely to be filed. The parties stipulate that the time from June 6, 2008, to June 20, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

DATED: June 4, 2008    _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: June 4, 2008    _____
JAMES MANN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, June 6, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, June 20, 2008, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from June 6, 2008 to June 20, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: June 5, 2008    _____
HONORABLE D. LOWELL JENSEN
United States District Judge