UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                              **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]

**Appearances for AUSA:**  James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**  not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |
| Change of Plea- Not Held | |

**Notes:**  Counsel in discussion with each other re: criminal history of the defendant.

**Case Continued to   7/25/08 at 9:00AM   for  CHANGE OF PLEA (and possible Sentencing)**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                        for Pretrial Conference

**Case Continued to**       for            Trial

**Excludable Delay: Category: Begins:  6/20/08        Ends: 7/25/08**