UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

**v.**                                                                         **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]


**Appearances for AUSA:** James Mann


**Appearances for Defendant:** Joyce Leavitt


**Interpreter:** not needed

**Probation Officer:**


**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD
**Change of Plea- Not Held**


**Notes:**

**Case Continued to**   8/1/08 at 9:00AM   **for**  CHANGE OF PLEA


**Case Continued to:**         **for**
**Case Continued to:**         **for**
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    **for Pretrial Conference**

**Case Continued to**        **for**          Trial


**Excludable Delay: Category: Begins:**   7/25/08     **Ends:** 8/1/08