1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant RAMIREZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0172 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA AND EXCLUSION OF TIME |
| MARCOS RAMIREZ-GARCIA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea in this case, currently scheduled for Friday, August 1, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m. for change of plea. The reason for the request is that defense counsel needs additional time to review the documents with Mr. Marcos-Ramirez prior to the change of plea. Counsel has a meeting scheduled at the jail for Monday, August 4, 2008 which should provide enough time to review all of the information with Mr. Ramirez-Garcia prior to the change of plea. The parties stipulate that the time from August 1, 2008, to August 8,

2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED: July 31, 2008            _____/S/_____
                                JOYCE LEAVITT
                                Assistant Federal Public Defender

DATED: July 31, 2008            _____/S/_____
                                JAMES MANN
                                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Friday, August 1, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, August 8, 2008, at 9:00 a.m. for change of plea

IT IS FURTHER ORDERED that the time from August 1, 2008 to August 8, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:                          _____
                                HONORABLE D. LOWELL JENSEN
                                United States District Judge