**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                              **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**                         **Ruling:**

**Notes:**

**Case Continued to**     8/29/08 at 9:00AM  for  Change of Plea and Sentencing

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**     8/8/08         **Ends:** 8/29/08