UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                       **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                         -HELD
**Change of Plea- Not held**

**Notes:**

**Case Continued to**   9/5/08 at 9:00AM   for  Stat/or Change of Plea

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                       for Pretrial Conference

**Case Continued to**       for               Trial

**Excludable Delay: Category: Begins:**  8/29/08       **Ends:** 9/5/08