**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:   September 5, 2008**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                            **No.** CR-08-00172-DLJ

**Defendant:** Marcos Ramirez-Garcia [present; in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**STATUS**                          **-HELD**
Change of Plea- Not Held

**Notes:**

**Case Continued to   9/19/08 at 9:00AM    for  Stat/Set Motions**

**Case Continued to:**        **for**
**Case Continued to:**        **for**
**Motions to be filed by:**        **Opposition Due:**

**Case Continued to**                        **for Pretrial Conference**

**Case Continued to**        **for**              **Trial**

**Excludable Delay: Category: Begins: 9/5/08        Ends: 9/19/08**