1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant RAMIREZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0172 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING FILING AND |
| | ) | HEARING DATE ON MOTION TO |
| | ) | DISMISS; EXCLUSION OF TIME |
| MARCOS RAMIREZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date for defendant's motion to dismiss, currently scheduled for Friday, November **21**, 2008 at 11:00 a.m. is hereby continued to Friday, December 19, 2008 at 11:00 a.m.  It is further stipulated that the filing dates are hereby vacated and continued as follows: defendant's motion to dismiss shall be filed no later than Friday, November 21, 2008; the government's opposition shall be filed no later than Friday, December 5, 2008 and defendant's reply shall be filed no later than Friday, December 12, 2008.  The reason for the request is that defense counsel has not yet received the declaration from the immigration expert in support of the motion to dismiss.  In addition, defense counsel will be out

*U S v. Marcos Ramirez-Garcia*, CR 08-0172
DLJ;  Stip. Continuing Filing & Motions Date          - 1 -

of town for the next few days and would like to file the motion once the supporting declaration is received.  The parties stipulate that the time from November **21**, 2008 to December 19, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

DATED:   October 22, 2008                             /s/
                                                                    _____
                                                                    JOYCE LEAVITT
                                                                    Assistant Federal Public Defender


DATED:  October 22, 2008                              /s/
                                                                    _____
                                                                    JAMES MANN
                                                                    Assistant United States Attorney


I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date  for defendant's motion to dismiss, currently scheduled for Friday, November **21**, 2008 at 11:00 a.m. is hereby continued to Friday, December 19, 2008 at 11:00 a.m.

IT IS FURTHER ORDERED that the filing dates are hereby vacated and continued as follows: defendant's motion to dismiss shall be filed no later than Friday, November 21, 2008; the government's opposition shall be filed no later than Friday, December 5, 2008 and defendant's reply shall be filed no later than Friday, December 12, 2008.

IT IS FURTHER ORDERED that the time from November **21**, 2008 to December 19, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

1  3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of

2  justice served by the granting of the continuance outweigh the best interests of the public and the

3  defendant in a speedy and public trial and the failure to grant the requested continuance would

4  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

5

6  account due diligence.

7      SO ORDERED.

8  DATED: November 3, 2008           _____

                                                  HONORABLE D. LOWELL JENSEN

9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26