BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant RAMIREZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0172 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING FILING AND |
| | ) | HEARING DATE ON MOTION TO |
| | ) | DISMISS; EXCLUSION OF TIME |
| MARCOS RAMIREZ-GARCIA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date

for defendant's motion to dismiss, currently scheduled for Friday, December 19, 2008 at 11:00 a.m.

is hereby continued to Friday, January 23, 2008, at 11:00 a.m.  It is further stipulated that the filing

dates are hereby vacated and continued as follows: defendant's motion to dismiss shall be filed no

later than Friday, December 19, 2008; the government's opposition shall be filed no later than

Friday, January 9, 2009 and defendant's reply shall be filed no later than Friday, January 16, 2009.

The parties stipulate that the time from December 19, 2008, to January 23, 2009, should be excluded

in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

for adequate preparation of counsel so that defense counsel can obtain additional copies of the tapes

from the immigration hearings in this matter and continue to prepare for the filing of the motion .

DATED: November 21, 2008                              /S/

                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED: November 21, 2008                              /S/

                                        JAMES MANN
                                        Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a

conformed signature "/s/" within this e-filed document.

# ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date  for

defendant's motion to dismiss, currently scheduled for Friday, December 19, 2008 at 11:00 a.m. is

hereby continued to Friday, January 23, 2009 at 11:00 a.m.

    IT IS FURTHER ORDERED that the filing dates are hereby vacated and continued as follows:

defendant's motion to dismiss shall be filed no later than Friday, December 19, 2008; the

government's opposition shall be filed no later than Friday, January 9, 2009 and defendant's reply

shall be filed no later than Friday, January 16, 2009.

    IT IS FURTHER ORDERED that the time from December 19, 2008, should be excluded in

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of

the continuance outweigh the best interests of the public and the defendant in a speedy and public

1    trial and the failure to grant the requested continuance would unreasonably deny counsel the

2    reasonable time necessary for effective preparation, taking into account due diligence.

3        SO ORDERED.

4

DATED: November 24, 2008

5                                    HONORABLE D. LOWELL JENSEN

6                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26