1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant RAMIREZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0172 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING FILING AND |
| | ) | HEARING DATE ON MOTION TO |
| | ) | DISMISS; EXCLUSION OF TIME |
| MARCOS RAMIREZ-GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date for defendant's motion to dismiss, currently scheduled for Friday, January 23, 2009, at 11:00 a.m. is hereby continued one week to Friday, January 30, 2009, at 11:00 a.m.  It is further stipulated that the filing dates are hereby vacated and continued as follows: defendant's motion to dismiss shall be filed no later than Monday, January 5, 2009; the government's opposition shall be filed no later than Friday, January 16, 2009 and defendant's reply shall be filed no later than Friday, January 23, 2009. The Court already has excluded time to January 23, 2009, in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to

*U S v. Ramirez-Garcia*, CR 08-0172DLJ
Stip. Continuing Filing & Motions Date           - 1 -

prepare for the filing of the motion. The parties stipulate that the time from January 23, 2009 to January 30, 2009 should be excluded because of the pendency of the motion. 18 U.S.C. § 3161(h)(1)(F).

DATED: December 18, 2008                /s/
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED: December 18, 2008                /s/
                                        JAMES MANN
                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date for defendant's motion to dismiss, currently scheduled for Friday, January 23, 2009 at 11:00 a.m. is hereby continued one week to Friday, January 30, 2009 at 11:00 a.m.

IT IS FURTHER ORDERED that the filing dates are hereby vacated and continued as follows: defendant's motion to dismiss shall be filed no later than Monday, January 5, 2009; the government's opposition shall be filed no later than Friday, January 16, 2009 and defendant's reply shall be filed no later than Friday, January 23, 2009.

IT IS FURTHER ORDERED that the time from January 23, 2009, to January 30, 2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(F) based upon the pendency of the motion to dismiss. The Court previously excluded time to January 23, 2009, for adequate preparation of counsel and found that the ends of justice served by the

1  granting of the continuance outweigh the best interests of the public and the defendant in a speedy
2  and public trial and the failure to grant the requested continuance would unreasonably deny counsel
3  the reasonable time necessary for effective preparation, taking into account due diligence.  18 U.S.C.
4  §§ 3161(h)(8)(A) and (B)(iv).
5
6      SO ORDERED.
7  DATED:    December 22, 2008            _____
           HONORABLE D. LOWELL JENSEN
8          United States District Judge